TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON RANDALL UTLAUT,<br><br>Defendant. | Case No. 2:26-mj-786-DJA<br><br>MOTION TO UNSEAL |

The circumstances that necessitated sealing of this matter having passed, the United States requests that this Honorable Court unseal the instant matter.

Respectfully submitted this October 29, 2026.

DANIEL J. COWHIG
Assistant United States Attorney

IT IS SO ORDERED

THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 2, 2026